# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELITE TRANSIT SOLUTIONS, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-1549 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| ALPHONSO CUNNINGHAM, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 6, 2021, the Magistrate Judge issued a Report (Doc. 90) recommending that Defendant Jilamy's Motion (Doc. 62) to dismiss be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendant Jilamy has filed Objections. (Doc. 91.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Defendant Jilamy's Motion (Doc. 62) to dismiss is **DENIED** and the R&R (Doc. 90) is adopted as the Opinion of the District Court.

**IT IS SO ORDERED**.

March 15, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record