IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELITE TRANSIT SOLUTIONS, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 20-1549 |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Maureen P. Kelly |
| ALPHONSO CUNNINGHAM and ) | |
| NAFISA MITRECIC ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 1, 2023, the Magistrate Judge issued a Report (Doc. 174) recommending that Plaintiff's Motions for Summary Judgment (Docs. 153 & 155) be denied and that Defendants' Motion for Partial Summary Judgment (Doc. 157) be granted in part and denied in part. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendants have filed Objections. (Doc. 175.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Defendants' Objections (**Doc. 175**) are **OVERRULED**; Plaintiff's Motions for Summary Judgment (**Docs. 153 & 155**) are **DENIED**; Defendants' Motion for Partial Summary Judgment (**Doc. 157**) is **GRANTED IN PART AND DENIED IN PART**; and the Magistrate Judge's R&R (**Doc. 174**) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 2, 2023                                                s/Cathy Bissoon
                                                                                                                 Cathy Bissoon
                                                                                                                 United States District Judge

cc (via ECF email notification):
All Counsel of Record