**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELITE TRANSIT SOLUTIONS, LLC**, | : | Civil Action No.: 2:20-cv-01549-CB-MPK |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | The Honorable District Judge Cathy Bissoon |
| **ALPHONSO CUNNINGHAM**, | : | |
| | : | The Honorable Magistrate Judge Maureen P. |
| Defendant; and | : | Kelly |
| | : | |
| _____ | : | |
| | : | |
| **ALPHONSO CUNNINGHAM**, and | : | |
| **NAFISA MITRECIC**, | : | |
| | : | |
| Counterclaim Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ELITE TRANSIT SOLUTIONS, LLC**, | : | |
| and **MICHAEL D. JOHNSON**, | : | |
| | : | |
| Counterclaim Defendants. | : | |

**CONSENT MOTION**

Plaintiff/Counterclaim Defendant Elite Transit Solutions, LLC, Counterclaim Defendant

Michael D. Johnson, Defendant/Counterclaim Plaintiff Alphonso Cunningham, and Counterclaim

Plaintiff Nafisa Mitrecic (collectively, the "Parties") by and through their counsel, jointly and

respectfully submit this Consent Motion and in support, state as follows:

1.      The Parties have agreed in principle to resolve this case and are in the process of

finalizing the terms of a formal settlement agreement.

2.      In order to permit the Parties to finalize the formal settlement agreement, and to

obviate the need for the Parties to file additional documents with the Court in the meantime, the

Parties respectfully request that the Court amend its Final Pretrial Order (ECF No. 211) regarding

deadlines for the Parties to submit their (1) proposed jury instructions, proposed verdict forms, and

proposed *voir dire* and (2) stipulated statement of the case to be read to the jury during preliminary

jury instructions; a statement of stipulated background facts that may be read to the jury in advance of the parties' presentation of evidence; a joint statement on any disputes regarding authenticity/admissibility that should be resolved prior to trial, which shall include a discussion of each party's position as to each disputed item; and a final list of witnesses to be read to the jury (collectively, the "Submissions").

3.      Pursuant to the Court's November 22, 2024 Order, the Parties are required to file the Submissions by or before December 31, 2024.  *See* ECF No. 232.

4.      The Parties, who are in the process of finalizing the terms of a final settlement agreement and having conferred regarding the pre-trial schedule, respectfully request that the Court amend its Final Pretrial Order to permit the Parties to file the Submissions by or before **<u>January 10, 2025</u>**.

5.      This brief extension is intended to assist the Parties in finalizing the terms of the settlement agreement.  The Parties do not request that the Court amend any other deadlines in the Final Pretrial Order and stress that the extension to the foregoing deadline for the Submissions will not otherwise disrupt the pretrial schedule or administration of this case.

WHEREFORE, the Parties respectfully request that the Court amend its Final Trial Order to permit the parties to file their proposed jury instructions, proposed verdict forms, proposed *voir dire*, stipulated statement of the case to be read to the jury during preliminary jury instructions; a statement of stipulated background facts that may be read to the jury in advance of the parties' presentation of evidence; a joint statement on any disputes regarding authenticity/admissibility that should be resolved prior to trial, which shall include a discussion of each party's position as to each disputed item; and a final list of witnesses to be read to the jury by or before January 10, 2025.

Dated:  December 31, 2024

Respectfully submitted,

*/s/ Eric D. Brill*

Amy J. Roy (PA Bar I.D. No. 86584)
F. Timothy Grieco (PA Bar I.D. No. 81104)
Eric D. Brill (PA Bar I.D. No. 330464)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
T: (412) 566-6051
F: (412) 566-6099
aroy@eckertseamans.com
tgrieco@eckertseamans.com
ebrill@eckertseamans.com

*Counsel for Plaintiff/Counterclaim Defendants*

*/s/ Mart Harris*

Mart Harris, Esq. (PA Bar I.D. No. 319504)
445 Fort Pitt Boulevard, Suite 220
Pittsburgh, PA  15219
T: (412) 588-0030
F: (412) 265-6506
MH@TLawF.com

*Counsel for Defendant/Counterclaim Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that on the 31st day of December 2024, I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Martell Harris, Esquire
Nelson D. Berardinelli, Esquire
THE TRIAL LAW FIRM, LLC
Fort Pitt Commons
445 Fort Pitt Boulevard, Suite 220
Pittsburgh PA 15219
mh@tlawf.com
nb@tlawf.com


/s/ Eric D. Brill
Eric D. Brill

*Attorney for Plaintiff/Counterclaim Defendants*